Exhibit A to the Complaint

**Location:** Roseville, CA  **IP Address:** 73.90.90.126
**Total Works Infringed:** 61  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-17-2021 13:40:31 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 2 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 09-01-2021 12:36:59 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 3 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-31-2021 12:44:30 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 4 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash: B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 08-30-2021 11:59:39 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 5 | Info Hash: 479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash: F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 08-27-2021 12:41:12 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 6 | Info Hash: 255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash: AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 08-23-2021 20:25:23 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 7 | Info Hash: D465B03C243E7505C28E9C8688DE2D8ABFBF81CA<br>File Hash: E89887EBF27E2BDE86C796DF576FDD38E546DF3B972F36B6B60A1085A159A294 | 08-23-2021 20:23:01 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 8 | Info Hash: 597A68BEF38F17FE4F779C6408EA4F4CA0B8B361<br>File Hash: A83084FEF88410677D300C23064178D200D8D5638DE644CED3C9BA09BB512D35 | 08-18-2021 12:43:06 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5D1E1C67159441A582A2C3E9AEB0B463FA1526B8<br>File Hash: E71A16FB72AB74194E4880F7ED4415B287B8EC2BD9E6ACD6F47393F04F86B19A | 07-12-2021 12:30:13 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 10 | Info Hash: 5EBA2C0292C6B733BB4152722D47AD34FE2FAF31<br>File Hash: 6C0917FC30D632540DE64B010982049F0550D0B2216B1C78D5D565CDED3BE1F2 | 06-01-2021 12:50:05 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 11 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-30-2021 15:53:23 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 12 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-06-2021 12:44:06 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 13 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-24-2021 13:36:02 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 14 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-24-2021 13:30:20 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 15 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925<br>File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 02-11-2021 13:15:29 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 16 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-08-2021 13:51:34 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 17 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-22-2021 13:30:01 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-13-2021 14:27:50 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 19 | Info Hash: 49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash: F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-13-2021 14:26:32 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 20 | Info Hash: A4E4EB589C6670EA637881D600C170F2C895A43F<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-13-2021 14:25:05 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 21 | Info Hash: 6A9595B7BC43E798EE6C495FB4E4C1C28D103DFF<br>File Hash: 0FAF1BD84DD1F1005497AEDDD3649804BE5D96D2155FEAA6E209723885F72F4C | 12-28-2020 14:56:04 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 22 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 09-27-2020 17:38:23 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 23 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-21-2020 13:26:26 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 24 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07-28-2020 14:51:04 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 25 | Info Hash: 91867C002743BB32D36A06A1598EAC3EC5D8B219<br>File Hash: 93D5629C8D8818A0F396622593C4F69610C53EA7C2CD5FBD4CF5626C2C675272 | 07-25-2020 15:43:19 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 26 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-22-2020 13:20:10 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 06-09-2020 11:57:11 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 28 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06-04-2020 14:02:42 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 29 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-25-2020 13:45:17 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 30 | Info Hash: 9B7BD9A568B6C7A5F5271B5BBF9A4F9F72EA34C8<br>File Hash: 1D445F0C7D284CCDD1F4E85F49F757D22681A0C0A018FAA095C758E5667DCB6B | 05-17-2020 14:10:42 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 31 | Info Hash: 500CED73AD1640EE38AC911929DCFF74E9137064<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04-17-2020 14:07:39 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 32 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04-17-2020 14:03:59 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 33 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04-12-2020 13:32:27 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 34 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 03-08-2020 14:51:44 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 35 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02-26-2020 12:25:46 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 039BA5FE71C5977C9D7116F5969DDD54558EE778<br>File Hash: AB339829B42722F8A6C4A3ED8E1B45007C88A273899329302966367595FB5C08 | 02-23-2020 14:06:46 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 37 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 01-22-2020 13:11:10 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 38 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 01-22-2020 13:05:58 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 39 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-16-2020 13:06:32 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 40 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 11-29-2019 14:27:52 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 41 | Info Hash: E4062D74C022DAA04364C4E941D9DF3E0060AEA3<br>File Hash: 6479A9E1F85726E412945BA18A76C4C25132C82B2F81EB74ED6F588E3D19BFFD | 11-29-2019 14:25:46 | Tushy | 11-27-2019 | 01-03-2020 | PA0002233434 |
| 42 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 11-23-2019 13:42:36 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 43 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 10-30-2019 13:21:26 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 44 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09-21-2019 13:44:09 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 09-14-2019 12:42:37 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 46 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 09-04-2019 11:45:00 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 47 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08-24-2019 13:21:49 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 48 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 08-22-2019 12:35:55 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 49 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 08-10-2019 14:08:56 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 50 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 08-07-2019 13:06:00 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 51 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 07-20-2019 13:41:19 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 52 | Info Hash: 7C2EFB2F67AE964678071271206339F17FC4EAD4<br>File Hash: 24FFFBCC065C36F02A425FF5A8FCC164FF5792E35BBEBB12B98E2D35219C25F4 | 07-20-2019 13:38:27 | Blacked | 07-19-2019 | 09-10-2019 | PA0002199415 |
| 53 | Info Hash: 8D8B141E253AE7DCFA9C272FEE019EECAF0AF78A<br>File Hash: A399FCE7537A99253E2EAB3EB9A43879FE9EA0D9791E3EFDD3EE2373E6769A6E | 07-13-2019 15:58:32 | Tushy | 07-10-2019 | 08-02-2019 | PA0002192298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 7ADD0E09EEEF892982208191A8808453A1480C84<br>File Hash: 7ADC8775C96D253164D4E2ACAB55A06D28D74D0A300E2E3AF52B2ABB1B7AB77F | 07-06-2019 12:24:03 | Tushy | 10-28-2018 | 12-10-2018 | PA0002145831 |
| 55 | Info Hash: A01F9474807C40CD315CA9F91AE8FCD561A34CE3<br>File Hash: 4B1F2F6888571330D0AA793464E26832F8FA53F471AF809BC2F94B69B1A455FB | 07-06-2019 12:20:56 | Blacked | 02-24-2019 | 03-31-2019 | PA0002163974 |
| 56 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 07-01-2019 12:29:41 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 57 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06-16-2019 13:24:48 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 58 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 05-18-2019 13:05:39 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 59 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 05-11-2019 12:54:54 | Tushy | 05-06-2019 | 06-03-2019 | PA0002178772 |
| 60 | Info Hash: EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 04-24-2019 18:37:05 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 61 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 03-27-2019 12:51:37 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |